KING v. STATE OF NORTH CAROLINA

No. 137P97

Case below: 125 N.C.App. 379

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.

KNIGHT PUBLISHING CO. v. CHASE MANHATTAN BANK

No. 70P97

Case below: 125 N.C.App. 1

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.

KURTZMAN v. APPLIED ANALYTICAL INDUSTRIES

No. 103PA97

Case below: 125 N.C.App. 261

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 5 June 1997.

LAFFERTY v. LAFFERTY

No. 129P97

Case below: 125 N.C.App. 611

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.

LEDFORD v. ASHEVILLE HOUSING AUTHORITY

No. 162P97

Case below: 125 N.C.App. 597

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.